EX A

| Date | Time | Number 1 | Number 2 | Company | Value |
|---|---|---|---|---|---|
| 02/01/2015 | 3:45:00 PM | 4692707095 | 6152129191 | Technologic, LLC | 12 |
| 05/01/2015 | 4:48:00 PM | 7073462155 | 6152129191 | Technologic, LLC | 12 |
| 20/01/2015 | 11:10:00 PM | 7208623932 | 6152129191 | Technologic, LLC | 12 |
| 20/01/2015 | 9:37:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 30 |
| 21/01/2015 | 12:05:00 AM | 6827038279 | 6153317262 | Technologic, LLC | 12 |
| 22/01/2015 | 9:37:00 PM | 6827038279 | 6153317262 | Technologic, LLC | 12 |
| 28/01/2015 | 4:11:00 PM | 3129676070 | 6152129191 | Technologic, LLC | 12 |
| 05/02/2015 | 5:53:00 PM | 3129676070 | 6153317262 | Technologic, LLC | 12 |
| 18/02/2015 | 5:03:00 PM | 3129676070 | 6153317262 | Technologic, LLC | 12 |
| 20/02/2015 | 11:47:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 12 |
| 27/02/2015 | 9:47:00 PM | 7012487120 | 6152129191 | Technologic, LLC | 18 |
| 03/03/2015 | 10:17:00 PM | 4352551188 | 6153317262 | Technologic, LLC | 12 |
| 03/03/2015 | 9:04:00 PM | 4352551188 | 6153317262 | Technologic, LLC | 12 |
| 13/03/2015 | 2:23:00 PM | 9016027411 | 6152129191 | Technologic, LLC | 558 |
| 20/03/2015 | 6:21:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 1992 |
| 23/03/2015 | 3:38:00 PM | 7123087850 | 6152129191 | Technologic, LLC | 12 |
| 23/03/2015 | 3:49:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 12 |
| 25/03/2015 | 3:08:00 PM | 3615343292 | 6153481977 | Technologic, LLC | 12 |
| 26/03/2015 | 3:46:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 12 |
| 26/03/2015 | 5:48:00 PM | 4352551188 | 6153481977 | Technologic, LLC | 120 |
| 31/03/2015 | 9:45:00 PM | 6827038279 | 6153317262 | Technologic, LLC | 12 |
| 01/04/2015 | 10:17:00 PM | 6827038279 | 6153481977 | Technologic, LLC | 96 |
| 03/04/2015 | 3:50:00 PM | 6827038279 | 6153317262 | Technologic, LLC | 12 |
| 07/04/2015 | 7:39:00 PM | 6183551941 | 6152129191 | Technologic, LLC | 1332 |
| 09/04/2015 | 8:03:00 PM | 8602693408 | 6152129191 | Technologic, LLC | 12 |
| 13/04/2015 | 10:37:00 PM | 8602693408 | 6152129191 | Technologic, LLC | 12 |
| 16/04/2015 | 5:04:00 PM | 4055479050 | 6152129191 | Technologic, LLC | 12 |
| 16/04/2015 | 8:08:00 PM | 6183551943 | 6152129191 | Technologic, LLC | 24 |
| 20/04/2015 | 5:29:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 174 |
| 20/04/2015 | 5:32:00 PM | 8554752199 | 16153481977 | Technologic, LLC | 12 |
| 20/04/2015 | 5:33:00 PM | 8554752199 | 16153481977 | Technologic, LLC | 30 |
| 20/04/2015 | 7:27:00 PM | 8554752199 | 16153481977 | Technologic, LLC | 114 |
| 21/04/2015 | 9:49:00 PM | 9802230047 | 6153317262 | Technologic, LLC | 12 |
| 22/04/2015 | 10:24:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 96 |
| 23/04/2015 | 4:09:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |
| 23/04/2015 | 5:56:00 PM | 8602693408 | 6153317262 | Technologic, LLC | 12 |
| 24/04/2015 | 3:57:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |
| 25/04/2015 | 4:34:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |
| 29/04/2015 | 11:21:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |
| 30/04/2015 | 10:46:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 66 |
| 30/04/2015 | 11:40:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 48 |

| Date | Time | Number | Number | Company | Value |
|---|---|---|---|---|---|
| 01/05/2015 | 11:08:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 54 |
| 01/05/2015 | 8:13:00 PM | 9802230047 | 6152129191 | Technologic, LLC | 12 |
| 01/05/2015 | 9:09:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 36 |
| 04/05/2015 | 10:43:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 1332 |
| 05/05/2015 | 3:54:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |
| 05/05/2015 | 8:02:00 PM | 3072246596 | 6152129191 | Technologic, LLC | 318 |
| 06/05/2015 | 4:32:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 90 |
| 07/05/2015 | 10:55:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 48 |
| 07/05/2015 | 5:01:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 66 |
| 07/05/2015 | 8:49:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 54 |
| 10/05/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 78 |
| 10/05/2015 | 7:04:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 96 |
| 12/05/2015 | 10:25:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 36 |
| 12/05/2015 | 3:32:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 42 |
| 12/05/2015 | 6:16:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 60 |
| 12/05/2015 | 7:04:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 252 |
| 13/05/2015 | 10:57:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 13/05/2015 | 5:37:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 13/05/2015 | 7:46:00 PM | 7602014410 | 6152129191 | Technologic, LLC | 12 |
| 15/05/2015 | 3:53:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 72 |
| 15/05/2015 | 4:43:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 66 |
| 17/05/2015 | 10:30:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 96 |
| 17/05/2015 | 10:30:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 96 |
| 18/05/2015 | 4:49:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 90 |
| 18/05/2015 | 5:23:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 19/05/2015 | 4:10:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 858 |
| 19/05/2015 | 6:28:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 42 |
| 21/05/2015 | 5:45:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 30 |
| 21/05/2015 | 6:24:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 60 |
| 22/05/2015 | 5:31:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 42 |
| 22/05/2015 | 5:51:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 36 |
| 25/05/2015 | 7:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 25/05/2015 | 7:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 78 |
| 26/05/2015 | 5:53:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 48 |
| 26/05/2015 | 8:41:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 78 |
| 28/05/2015 | 3:50:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 28/05/2015 | 4:41:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 36 |
| 29/05/2015 | 5:41:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 29/05/2015 | 8:10:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 6 |
| 30/05/2015 | 8:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 30/05/2015 | 8:01:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 01/06/2015 | 8:07:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 42 |
| 02/06/2015 | 11:24:00 PM | 7204526477 | 6153317262 | Technologic, LLC | 1188 |
| 02/06/2015 | 4:32:00 PM | 7376669030 | 6153481977 | Technologic, LLC | 24 |

| Date | Time | Number 1 | Number 2 | Company | Amount |
|---|---|---|---|---|---|
| 03/06/2015 | 11:03:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 90 |
| 03/06/2015 | 3:32:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 78 |
| 03/06/2015 | 3:33:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 66 |
| 04/06/2015 | 12:16:00 AM | 7023595643 | 6153481977 | Technologic, LLC | 30 |
| 07/06/2015 | 8:01:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 12 |
| 07/06/2015 | 8:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 24 |
| 09/06/2015 | 2:07:00 PM | 8596632951 | 6152129191 | Technologic, LLC | 468 |
| 10/06/2015 | 6:35:00 PM | 7204526477 | 6153481977 | Technologic, LLC | 96 |
| 14/06/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 14/06/2015 | 7:01:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 14/06/2015 | 7:04:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 20/06/2015 | 2:08:00 PM | 7279980960 | 6152129191 | Technologic, LLC | 12 |
| 21/06/2015 | 8:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 21/06/2015 | 8:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 21/06/2015 | 8:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 24/06/2015 | 9:00:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 54 |
| 24/06/2015 | 9:00:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 18 |
| 25/06/2015 | 6:22:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 25/06/2015 | 8:11:00 PM | 3072126230 | 6152129191 | Technologic, LLC | 12 |
| 26/06/2015 | 12:01:00 AM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 26/06/2015 | 8:00:00 PM | 3073702145 | 6152129191 | Technologic, LLC | 12 |
| 28/06/2015 | 7:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 28/06/2015 | 7:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 12 |
| 28/06/2015 | 7:04:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 29/06/2015 | 9:18:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 30/06/2015 | 7:17:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 01/07/2015 | 8:00:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 54 |
| 01/07/2015 | 8:04:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 78 |
| 02/07/2015 | 11:03:00 PM | 7376669031 | 6152129191 | Technologic, LLC | 12 |
| 03/07/2015 | 4:20:00 PM | 7376669031 | 6152129191 | Technologic, LLC | 12 |
| 03/07/2015 | 5:39:00 PM | 5122130179 | 6152129191 | Technologic, LLC | 12 |
| 05/07/2015 | 7:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 05/07/2015 | 7:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 54 |
| 08/07/2015 | 11:00:00 PM | 7733626220 | 6152129191 | Technologic, LLC | 12 |
| 08/07/2015 | 11:40:00 PM | 7733626220 | 6152129191 | Technologic, LLC | 12 |
| 08/07/2015 | 4:56:00 PM | 4152756518 | 6152129191 | Technologic, LLC | 66 |
| 08/07/2015 | 5:09:00 PM | 4152756518 | 6152129191 | Technologic, LLC | 12 |
| 08/07/2015 | 8:02:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 48 |
| 08/07/2015 | 8:05:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 84 |
| 08/07/2015 | 8:05:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 84 |
| 13/07/2015 | 10:39:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 54 |
| 13/07/2015 | 10:40:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 12 |
| 13/07/2015 | 9:38:00 PM | 6467661343 | 6152129191 | Technologic, LLC | 84 |
| 13/07/2015 | 9:49:00 PM | 6467661343 | 6152129191 | Technologic, LLC | 12 |

| Date | Time | Number | Called | Company | Duration |
|---|---|---|---|---|---|
| 14/07/2015 | 12:04:00 AM | 5106940117 | 6152129191 | Technologic, LLC | 12 |
| 14/07/2015 | 12:05:00 AM | 5106940117 | 6152129191 | Technologic, LLC | 12 |
| 14/07/2015 | 9:20:00 PM | 3082213372 | 6152129191 | Technologic, LLC | 12 |
| 15/07/2015 | 10:01:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 24 |
| 15/07/2015 | 10:02:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 54 |
| 15/07/2015 | 10:06:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 15/07/2015 | 10:54:00 PM | 2629959112 | 6152129191 | Technologic, LLC | 108 |
| 15/07/2015 | 11:03:00 PM | 9172017054 | 6152129191 | Technologic, LLC | 84 |
| 17/07/2015 | 12:04:00 AM | 4152756534 | 6152129191 | Technologic, LLC | 1620 |
| 17/07/2015 | 12:17:00 AM | 4152756534 | 6152129191 | Technologic, LLC | 42 |
| 17/07/2015 | 9:55:00 PM | 2153372107 | 6152129191 | Technologic, LLC | 78 |
| 19/07/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 19/07/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 19/07/2015 | 7:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 24 |
| 20/07/2015 | 11:06:00 PM | 4692144006 | 6152129191 | Technologic, LLC | 12 |
| 20/07/2015 | 11:16:00 PM | 4692144006 | 6152129191 | Technologic, LLC | 108 |
| 21/07/2015 | 3:51:00 PM | 9162097450 | 6152129191 | Technologic, LLC | 12 |
| 21/07/2015 | 4:01:00 PM | 9162097450 | 6152129191 | Technologic, LLC | 12 |
| 21/07/2015 | 6:04:00 PM | 7812144465 | 6152129191 | Technologic, LLC | 12 |
| 21/07/2015 | 7:16:00 PM | 6192029446 | 6152129191 | Technologic, LLC | 12 |
| 22/07/2015 | 9:00:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 84 |
| 22/07/2015 | 9:01:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 22/07/2015 | 9:03:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 48 |
| 23/07/2015 | 12:35:00 AM | 9162097450 | 6152129191 | Technologic, LLC | 126 |
| 23/07/2015 | 3:35:00 PM | 6192029446 | 6152129191 | Technologic, LLC | 12 |
| 23/07/2015 | 3:37:00 PM | 9162097450 | 6152129191 | Technologic, LLC | 12 |
| 23/07/2015 | 6:03:00 PM | 4692144006 | 6152129191 | Technologic, LLC | 90 |
| 23/07/2015 | 6:26:00 PM | 4692144006 | 6152129191 | Technologic, LLC | 12 |
| 24/07/2015 | 12:17:00 AM | 6083191127 | 6152129191 | Technologic, LLC | 60 |
| 26/07/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 26/07/2015 | 7:01:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 12 |
| 26/07/2015 | 7:04:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 27/07/2015 | 9:46:00 PM | 3053636858 | 6152129191 | Technologic, LLC | 222 |
| 27/07/2015 | 9:56:00 PM | 3053636858 | 6152129191 | Technologic, LLC | 6 |
| 28/07/2015 | 11:31:00 PM | 3053636858 | 6152129191 | Technologic, LLC | 78 |
| 29/07/2015 | 11:55:00 PM | 4803728231 | 6152129191 | Technologic, LLC | 792 |
| 29/07/2015 | 9:03:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 29/07/2015 | 9:04:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 30/07/2015 | 4:48:00 PM | 9493269198 | 6152129191 | Technologic, LLC | 6 |
| 05/11/2015 | 5:45:00 PM | 2027742500 | 6152129191 | Technologic, LLC | 60 |
| 16/03/2016 | 8:10:00 PM | 3172681137 | 6152129191 | Technologic, LLC | 318 |
| 19/03/2016 | 6:06:00 PM | 3132640110 | 6152129191 | Technologic, LLC | 12 |
| 21/03/2016 | 10:22:00 PM | 6319832588 | 6152129191 | Technologic, LLC | 246 |
| 22/03/2016 | 2:09:00 PM | 5302054441 | 6152129191 | Technologic, LLC | 12 |

| Date | Time | From | To | Company | Value |
|---|---|---|---|---|---|
| 29/03/2016 | 9:02:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 126 |
| 05/04/2016 | 10:54:00 PM | 8562706300 | 6152129191 | Technologic, LLC | 12 |
| 14/04/2016 | 2:04:00 PM | 5302054441 | 6152129191 | Technologic, LLC | 282 |
| 15/04/2016 | 9:05:00 PM | 9135354320 | 6152129191 | Technologic, LLC | 126 |
| 20/04/2016 | 4:42:00 PM | 5412006674 | 6152129191 | Technologic, LLC | 60 |
| 21/04/2016 | 2:16:00 PM | 5302054445 | 6152129191 | Technologic, LLC | 144 |
| 27/04/2016 | 5:58:00 PM | 4805656922 | 6152129191 | Technologic, LLC | 6 |
| 03/05/2016 | 10:33:00 PM | 9135354320 | 6152129191 | Technologic, LLC | 60 |
| 03/05/2016 | 2:09:00 PM | 5302054445 | 6152129191 | Technologic, LLC | 96 |
| 03/05/2016 | 3:20:00 PM | 2812155231 | 6152129191 | Technologic, LLC | 12 |
| 03/05/2016 | 5:43:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 04/05/2016 | 6:20:00 PM | 8138432660 | 6152129191 | Technologic, LLC | 12 |
| 07/05/2016 | 7:15:00 PM | 3367921772 | 6152129191 | Technologic, LLC | 378 |
| 09/05/2016 | 9:53:00 PM | 8562706300 | 6152129191 | Technologic, LLC | 378 |
| 13/05/2016 | 8:01:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 15/05/2016 | 7:57:00 PM | 7724791283 | 6152129191 | Technologic, LLC | 12 |
| 02/08/2016 | 5:26:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 02/08/2016 | 7:05:00 PM | 2147160059 | 6152129191 | Technologic, LLC | 12 |
| 09/08/2016 | 11:33:00 PM | 4693277005 | 6152129191 | Technologic, LLC | 12 |
| 09/08/2016 | 2:03:00 PM | 5302054441 | 6152129191 | Technologic, LLC | 12 |
| 09/08/2016 | 6:16:00 PM | 7273251105 | 6152129191 | Technologic, LLC | 12 |
| 09/08/2016 | 7:20:00 PM | 8508950001 | 6152129191 | Technologic, LLC | 228 |
| 09/08/2016 | 7:44:00 PM | 4805656922 | 6152129191 | Technologic, LLC | 264 |
| 11/08/2016 | 5:42:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 228 |
| 11/08/2016 | 7:16:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |