Case 4:20-cv-00045-RWS-CAN   Document 1-7   Filed 01/17/20   Page 1 of 1 PageID #: 38
Case: 3:16-cv-00761-jdp   Document #: 24-7   Filed: 06/12/17   Page 1 of 1

6/8/2017                                    Case.net: 12SL-CC00837 - Judgment Information



# Your Missouri Courts .net

Search for Cases by  Select Search Method... ▼

Judicial Links | eFiling | Help | Contact Us | Print                                Logon

**12SL-CC00837 - STATE OF MISSOURI EX REL V TOLLFREEZONE COM INC**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

## Judgment

Date: 06/18/2012      Description: Judgment Entered      Against: TOLLFREEZONE.COM INC

Amount of Judgment: $73,000.00      Date of Satisfaction: not yet on file

## Next Judgment

Date: 06/18/2012      Description: Judgment Entered      Against: TOLLFREEZONE.COM INC

Amount of Judgment: $1,325.00      Date of Satisfaction: not yet on file

Text: FOR FEES AND COSTS

Case.net Version 5.13.16.5            Return to Top of Page            Released 04/18/2017