# NEWS RELEASE

EX G

## Office of Commissioner Brandon Presley
### MISSISSIPPI PUBLIC SERVICE COMMISSION
### NORTHERN DISTRICT

## Presley Announces $440,000 Fine for Alleged No Call Violations
*Defendant Tollfreezone.com Inc. failed to Respond to Commission*

JACKSON, MISSISSIPPI (December 4, 2015) – Following yesterday's monthly open meeting of the Public Service Commission, Northern District Commissioner Brandon Presley announced that the PSC has imposed civil penalties totaling $440,000 against tollfreezone.com Inc.'s alleged violations of the state's No-Call law. The defendants were alleged to have violated the law on at least eighty-eight occasions.

In complaints received by the Commission, the company was accused of making unauthorized telephone solicitations in violation of law. They also allegedly failed to register with the PSC as telephone solicitors and failed to purchase the Mississippi Do Not Call List. When served by the PSC, the defendants did not respond to the complaints, bringing the imposition of civil penalties by default.

"Harassing citizens of Mississippi will not be tolerated by the Commission. Other violators of Mississippi's No-Call law should take this fine as a warning that they will be prosecuted and held accountable for their actions," Presley said.

Mississippians who wish to add their home telephone number to the No Call list should contact the PSC at 1-800-356-6428 or online at www.psc.state.ms.us/nocall.



*for more information contact:*
Commissioner Brandon Presley ~ P.O. Box 1174 ~ Jackson, MS 39215-1174
1-800-356-6428 or 1-800-637-7722 ~ brandon.presley@psc.state.ms.us ~ www.psc.state.ms.us