# Wells Fargo Business Choice Checking

Account number: ▓▓▓▓▓8060 ■ May 5, 2015 - May 31, 2015 ■ Page 1 of 5



TECHNOLOGIC USA INC
116 EUCLID PL
UPLAND CA 91786-6540

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/5 | $0.00 |
| Deposits/Credits | 237,070.43 |
| Withdrawals/Debits | - 188,102.24 |
| Ending balance on 5/31 | $48,968.19 |
| Average ledger balance this period | $26,120.73 |

Account number: 7291038060
TECHNOLOGIC USA INC
California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)
Sheet Seq = 0005631
Sheet 00001 of 00003

Account number: 7291038060 ■ May 5, 2015 - May 31, 2015 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/5 | | Deposit Made In A Branch/Store | 19,491.92 | | 19,491.92 |
| 5/6 | | Wire Trans Svc Charge - Sequence: 150506085524 Srf# 0074090126663199 Trn#150506085524 Rfb# | | 30.00 | |
| 5/6 | | WT Fed#06377 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090126663199 Trn#150506085524 Rfb# | | 15,714.29 | 3,747.63 |
| 5/7 | | Brandrep Inc. ACH Pmt 150507 4977606519 Inv.925 Partial Payment | 9.83 | | 3,757.46 |
| 5/8 | | Deposit Made In A Branch/Store | 30,324.84 | | |
| 5/8 | | Deposit Made In A Branch/Store | 7,000.00 | | |
| 5/8 | | Wire Trans Svc Charge - Sequence: 150508103366 Srf# 0074090128551110 Trn#150508103366 Rfb# | | 30.00 | |
| 5/8 | | WT Fed#02086 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090128551110 Trn#150508103366 Rfb# | | 30,324.84 | 10,727.46 |
| 5/11 | | WT Seq#70003 Sales Data Pro /Org= Srf# 0000842128294410 Trn#150511070003 Rfb# | 11,424.00 | | |
| 5/11 | | Wire Trans Svc Charge - Sequence: 150511070003 Srf# 0000842128294410 Trn#150511070003 Rfb# | | 15.00 | 22,136.46 |
| 5/12 | | Brandrep Inc. ACH Pmt 150512 4977820470 Inv.925 | 11,420.00 | | |
| 5/12 | | Deposit Made In A Branch/Store | 3,117.25 | | |
| 5/12 | | Wire Trans Svc Charge - Sequence: 150512108638 Srf# 0074090132886330 Trn#150512108638 Rfb# | | 30.00 | |
| 5/12 | | WT Fed#03344 Bank of America, N /Ftr/Bnf=Connenum LLC Srf# 0074090132886330 Trn#150512108638 Rfb# | | 28,329.83 | 8,313.88 |
| 5/13 | | Deposit Made In A Branch/Store | 8,000.00 | | 16,313.88 |
| 5/14 | | Brandrep Inc. ACH Pmt 150514 4977938302 Inv.930 | 13,900.54 | | |
| 5/14 | | WT Seq#70242 Sales Data Pro /Org= Srf# 0000842133285540 Trn#150514070242 Rfb# | 12,235.83 | | |
| 5/14 | | Wire Trans Svc Charge - Sequence: 150514070242 Srf# 0000842133285540 Trn#150514070242 Rfb# | | 15.00 | 42,435.25 |
| 5/18 | | Brandrep Inc. ACH Pmt 150518 4978082946 Inv.935 | 12,810.27 | | |
| 5/18 | | Deposit Made In A Branch/Store | 3,500.00 | | |
| 5/18 | | Wire Trans Svc Charge - Sequence: 150518102342 Srf# 0074090138876470 Trn#150518102342 Rfb# | | 30.00 | |
| 5/18 | | WT Fed#01080 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090138876470 Trn#150518102342 Rfb# | | 44,711.05 | 14,004.47 |
| 5/19 | | Deposit Made In A Branch/Store | 8,500.00 | | |
| 5/19 | | Cash eWithdrawal in Branch/Store 05/19/2015 10:36 Am 811 W Foothill Blvd Upland CA 5056 | | 2,100.00 | 20,404.47 |
| 5/20 | | WT Fed#04976 Jpmorgan Chase Ban /Org=Innovative Media Inc. Srf# 3075100140Es Trn#150520053169 Rfb# Bmg of 15/05/20 | 25,998.97 | | |
| 5/20 | | Wire Trans Svc Charge - Sequence: 150520053169 Srf# 3075100140Es Trn#150520053169 Rfb# Bmg of 15/05/20 | | 15.00 | 46,388.44 |
| 5/21 | | Deposit Made In A Branch/Store | 12,957.54 | | |
| 5/21 | | Wire Trans Svc Charge - Sequence: 150521073450 Srf# 0074090141237501 Trn#150521073450 Rfb# | | 30.00 | |
| 5/21 | | WT Fed#02625 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090141237501 Trn#150521073450 Rfb# | | 32,856.16 | 26,459.82 |
| 5/22 | | Deposit Made In A Branch/Store | 7,000.00 | | |
| 5/22 | | Deposit Made In A Branch/Store | 2,500.00 | | |
| 5/22 | | WF Direct Pay-Payment- Be-Tran ID Dp062924080 | | 12,340.61 | 23,619.21 |
| 5/27 | | Brandrep Inc. ACH Pmt 150527 4978467354 Inv.945 | 15,635.41 | | |
| 5/27 | | Deposit Made In A Branch/Store | 25.00 | | 39,279.62 |
| 5/28 | | Wire Trans Svc Charge - Sequence: 150528107951 Srf# 0074090148716161 Trn#150528107951 Rfb# | | 30.00 | |
| 5/28 | | WT Fed#03527 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090148716161 Trn#150528107951 Rfb# | | 21,417.06 | 17,832.56 |
| 5/29 | | WT Seq#91617 Sales Data Pro /Org= Srf# 0000842148635961 Trn#150529091617 Rfb# | 23,219.03 | | |
| 5/29 | | WF Direct Pay Deposit- From Mike Montes @Tollfreezone.Com-Tran ID Dp063244748 | 8,000.00 | | |