

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

        Plaintiff,

-vs-                              Case No. 16-cv-761

MICHAEL MONTES,
Tollfreezone.com, Inc.,
Mydataguys.com, LLC,
Podmusicgear.com, Inc.,
Tollfreezone.com, Inc.,
dba Docauditor.com,
Tollfreezone.com, Inc.,
dba Mobile Trackme,
Emailmyvmail.com, Inc., and
John and Jane Does 1-10,

        Defendants.

        Deposition of MICHAEL J. MONTES, taken at the instance of the Plaintiff, under and pursuant to Federal Rule of Civil Procedure 30, before Sarah F. Pelletter, RPR, a Notary Public in and for the State of Wisconsin, at Axley Brynelson, LLP, Two East Mifflin Street, Suite 200, Madison, Wisconsin, on January 14, 2019, commencing at 9:55 a.m. and concluding at 1:36 p.m.



For The Record Inc.
Excellence In Court Reporting

Case 4:20-cv-00045-RWS-CAN Document 1-10 Filed 01/17/20 Page 2 of 4 PageID #: 43
Case: 3:16-cv-00761-jdp Document #: 120-2 Filed: 01/25/19 Page 42 of 137
DEPOSITION OF MICHAEL J. MONTES    01/14/2019

|  |  |  |
|---|---|---|
| | 1 | I can't log in. |
| | 2 | Q So in a given business day, approximately how many |
| | 3 | of those calls do you receive? |
| | 4 | A Now, probably none, because we haven't taken on |
| 10:51AM | 5 | too many new clients in a while for that |
| | 6 | particular platform. |
| | 7 | Q Is there a reason why you stopped taking on |
| | 8 | clients for that platform? |
| | 9 | A The guy sitting next to you. |
| 10:51AM | 10 | Q You're referring to Craig Cunningham? |
| | 11 | A Yes. |
| | 12 | Q And lawsuits that have been filed against you by |
| | 13 | Craig Cunningham? |
| | 14 | A Correct. |
| 10:51AM | 15 | Q So when did you stop taking on clients who are |
| | 16 | doing telemarketing robocalling? |
| | 17 | A We still take them on when they call us, but we've |
| | 18 | stopped advertising it.  We're not really pushing |
| | 19 | it.  We're pushing ringless calls.  So if somebody |
| 10:51AM | 20 | calls me, we usually convert them over to ringless |
| | 21 | calls now. |
| | 22 | Q So when did you stop advertising and seeking out |
| | 23 | those clients? |
| | 24 | A Probably about a year ago. |
| 10:52AM | 25 | Q I keep going back to this because you keep using |

42

Case 4:20-cv-00045-RWS-CAN   Document 1-10   Filed 01/17/20   Page 3 of 4 PageID #: 44
Case: 3:16-cv-00761-jdp   Document #: 120-2   Filed: 01/25/19   Page 90 of 137
DEPOSITION OF MICHAEL J. MONTES            01/14/2019

|  |  |  |
|---|---|---|
|  | 1 | that customer will be permanently scrubbed from |
|  | 2 | that particular customer's list. |
|  | 3 | If they -- they have no choice but to scrub |
|  | 4 | against the militant list when they load their |
| 12:28PM | 5 | data.  And the militant list is a list we've |
|  | 6 | compiled over the years of people who are |
|  | 7 | screamers, just absolutely you don't want to |
|  | 8 | contact these people. |
|  | 9 | Q   When you use the word *screamers*, what do you mean |
| 12:28PM | 10 | by that? |
|  | 11 | A   People who threaten lawsuits or actually file |
|  | 12 | lawsuits. |
|  | 13 | Q   And where do you obtain the information that this |
|  | 14 | phone number is one that you should add to that |
| 12:28PM | 15 | list? |
|  | 16 | A   So customers will send us lists and say, Please |
|  | 17 | remove these people.  And so we don't remove them, |
|  | 18 | when they do that, we don't remove them from just |
|  | 19 | one list.  We put them in the militant DNC. |
| 12:29PM | 20 | Q   So the militant list that you're talking about is |
|  | 21 | a list that you maintain for your customers who |
|  | 22 | are using the dialer.TO platform? |
|  | 23 | A   Correct. |
|  | 24 | Q   It's not maintained by Technologic? |
| 12:29PM | 25 | A   It is maintained by Technologic.  We just add the |

WWW.FTRMADISON.COM
FOR THE RECORD, INC.   /   MADISON, WISCONSIN   /   (608) 833-0392

Case 4:20-cv-00045-RWS-CAN   Document 1-10   Filed 01/17/20   Page 4 of 4 PageID #: 45
Case: 3:16-cv-00761-jdp   Document #: 120-2   Filed: 01/25/19   Page 91 of 137
DEPOSITION OF MICHAEL J. MONTES                    01/14/2019

|  |  |  |  |
|---|---|---|---|
|  | 1 |  | numbers to their list. |
|  | 2 | Q | The list is compiled by you? |
|  | 3 | A | Correct. |
|  | 4 | Q | Okay.  And you were saying the system is set up |
| 12:29PM | 5 |  | that if one of your customers calls me, I'm always |
|  | 6 |  | going to be offered the option to press 9 to not |
|  | 7 |  | receive further calls in the future? |
|  | 8 | A | Assuming that's in their message.  Some customers |
|  | 9 |  | may or may not do it.  We don't know because we |
| 12:29PM | 10 |  | don't audit their audio files.  But we tell |
|  | 11 |  | everybody to make sure that you have an opt out. |
|  | 12 | Q | Well, whether they're telling me to do it or not, |
|  | 13 |  | the system is set up that if I press 9, it's going |
|  | 14 |  | to add me onto that specific customer's |
| 12:29PM | 15 |  | do-not-call list? |
|  | 16 | A | Correct.  Right.  And so that's the customer DNC. |
|  | 17 |  | So as a customer, you would have your own bucket |
|  | 18 |  | of do-not-call lists that you've generated. |
|  | 19 | Q | Right.  So you really have three do-not-call lists |
| 12:30PM | 20 |  | available.  There's the federal one maintained by |
|  | 21 |  | the government, there is your militant list that |
|  | 22 |  | you maintain, and then each customer would have |
|  | 23 |  | their own list of people that press 9? |
|  | 24 | A | Correct. |
| 12:30PM | 25 | Q | And how do you obtain access to the federal |