UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

FILED: **7/14/20**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** v. Technologic USA, Inc. **Defendants.** | § § § § § 4:20-cv-0045-RWS-CAN § § § § § § § |

### PLAINTIFF'S Motion to Dismiss Without Prejudice

1. To the Honorable US District Court:

2. The Plaintiff requests the court dismiss his claims in this case against all parties without prejudice.

*Craig Cunningham*
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 7/14/2020

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** <br> **Plaintiff,** <br><br> v. <br><br> Technologic USA, Inc. <br><br> **Defendants.** | § <br> § <br> § <br> § <br> § 4:20-cv-0045-RWS-CAN <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

### PLAINTIFF'S Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants via USPS first class mail on 7/14/2020

*Craig Cunningham*
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 7/14/2020