# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:20-CV-00045-RWS-CAN |
| | § | |
| v. | § | |
| | § | |
| TECHNOLOGIC USA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.  Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITHOUT PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 21st day of July, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE